ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Shear Pleasure Barber & Beauty Salons, Inc.) ASBCA No. 60506
)
Under Contract No. EGL-10-499 )

APPEARANCE FOR THE APPELLANT: Mr. Robert D. Greco
President

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
LTC Timothy A. Furin, JA
CPT Harry M. Parent III, JA
Trial Attorneys

ORDER OF DISMISSAL

By correspondence dated 10 August 2016, appellant has informed the Board that it has arrived at an agreed-upon payment plan with the government and requests that this appeal be dismissed. Accordingly, this appeal is hereby DISMISSED WITHOUT PREJUDICE.

Dated: 17 August 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60506, Appeal of Shear Pleasure Barber & Beauty Salons, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals